FILED
RICHARD W. NAGEL
2023 MAY -9 PM 12:03
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO.** 3:23-cr-00041 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | **INDICTMENT** 18 U.S.C. §§ 922(o)(1) and 924(a)(8) 26 U.S.C. §§ 5861(d) and 5871 |
| **LOUIS MICHAEL NEWTON,** | : | |
| | : | |
| Defendant. | : | **Forfeiture.** |

---

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**
**[18 U.S.C. §§ 922(o)(1) and 924(a)(8)]**

On or about February 9, 2023, while in the Southern District of Ohio, the defendant **LOUIS MICHAEL NEWTON**, did knowingly possess and transfer two machineguns, specifically "machinegun conversion devices," aka "Glock Switches," as defined under 26 U.S.C. § 5845(b).

In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).

**COUNT 2**
**[26 U.S.C. §§ 5861(d) and 5871]**

On or about February 9, 2023, while in the Southern District of Ohio, the defendant **LOUIS MICHAEL NEWTON**, did knowingly possess two firearms as defined under 18 U.S.C. § 921(a)(3) and 26 U.S.C. § 5845(a), specifically machineguns as defined under 26 U.S.C. § 5845(b), not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5861(d) and 5871.

## COUNT 3
### [26 U.S.C. §§ 5861(d) and 5871]

On or about May 3, 2023, while in the Southern District of Ohio, the defendant **LOUIS MICHAEL NEWTON**, knowingly possessed a firearm -- namely, a Spike Tactical Model ST15 multi-caliber short barrel rifle as defined under 18 U.S.C. § 921(a)(8) – not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d) and 5871.

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 3 of this Indictment, the defendant, **LOUIS MICHAEL NEWTON**, shall forfeit to the United States, pursuant to 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), any firearms involved in such violation; and pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- Spike Tactical rifle, model ST15, serial number SRM006600, with any ammunition and attachments;

- Approximately twenty-one (21) machine gun conversion devices aka "switches" for Glock firearm;

- Approximately seven (7) machine gun conversion devices aka "switches" for AR assault rifles; and

- Approximately $1,764 in seized United States Currency.

A TRUE BILL

/s/
_____
FOREMAN

KENNETH L. PARKER
United States Attorney

*Dwight K. Keller*
DWIGHT K. KELLER
Assistant United States Attorney

2